# UNITED STATES DISTRICT COURT
## Western District of Washington

UNITED STATES OF AMERICA

**WARRANT FOR ARREST**

v.

SCOTT CLANCY

CR02-46L

TO: The United States Marshal
and Any Authorized United States Officer

You are hereby commanded to arrest **SCOTT CLANCY**
and bring him or her forthwith to the nearest magistrate to answer a(n)

_XX_ Indictment __ Information __ Complaint __ Violation Notice __ OTHER

Charging him or her with (brief description of offense)

INDICTMENT RETURNED ON 2/21/02 CHARGING
COUNT 1,3,5,7,9,11- Fraudulent Use of a Person's Identification
COUNT 2,4,6,8,10,12,13- Access Device Fraud
COUNTs 14-17- Bank Fraud

Judy Nothern, Deputy Clerk
Name of Issuing Officer

RSM

Signature of Issuing Officer

FEBRUARY 21, 2002 at Seattle, WA
Date and Location

CR 02-00046 #00000005

Bail fixed at $ _____ by _____

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ Washington, D.C. |

| Date Received | 2-21-02 | Name & Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|---|
| Date of Arrest | 3-7-02 | OFFICER J. DEPALMA #2265 U.S. Capitol Police | [signature] |