Judge Lasnik

```
____ FILED        ____ ENTERED
____ LODGED       ____ RECEIVED

        MAR 2 1 2002

           AT SEATTLE
      CLERK U S DISTRICT COURT
    WESTERN DISTRICT OF WASHINGTON
BY                        DEPUTY
```

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) NO. CR02-046L |
| v. | ) MOTION FOR DETENTION HEARING |
| SCOTT J. CLANCY, | ) |
| Defendant. | ) |

CR 02-00046 #00000006

The United States moves for pretrial detention of defendant(s), pursuant to 18 U.S.C. § 3142(e) and (f).

1. <u>Eligibility of Case</u>  This case is eligible for a detention order because the case involves the following:

    ____ Crime of violence (18 U.S.C. § 3156).

    ____ Maximum sentence life imprisonment or death.

    ____ 10+ year drug offense.

    <u>XX</u> Serious risk defendant will flee.

    ____ Felony, with two prior convictions in above categories.

    ____ Serious risk obstruction of justice.

Motion for Detention Hearing/Scott J. Clancy - 1
(CR02-046L)

UNITED STATES ATTORNEY
Seafirst Fifth Avenue Plaza Building
800 Fifth Avenue, Suite 3600
Seattle, Washington 98104
(206) 553-7970

2. <u>Reason for Detention.</u>   The Court should detain defendant(s) because there are no conditions of release which will reasonably assure:

    _XX_  Defendants' appearance as required.

    _XX_  Safety of any other person and the community.

3. <u>Rebuttable Presumption.</u>   The United States will/will not invoke the rebuttable presumption against defendant(s) under § 3142(e).  The presumption applies because: (check one or both)

    ___  Probable cause to believe defendant(s) committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c).

    ___  Previous conviction for "eligible" offense committed while on pretrial bond.

4. <u>Time for Detention Hearing.</u>   The United States requests the court conduct the detention hearing:

    ~~XX~~  At first appearance.

    _XX_  After a continuance of _2_ days.

5. <u>Other matters.</u>

    _____

    _____

DATED this _21st_ (~~20th~~) day of ___March___, 2002.

Respectfully submitted,

JOHN McKAY
United States Attorney

_____
JANET FREEMAN
Assistant United States Attorney

Motion for Detention Hearing/Scott J Clancy - 2
(CR02-046L)

UNITED STATES ATTORNEY
Seafirst Fifth Avenue Plaza Building
800 Fifth Avenue, Suite 3600
Seattle, Washington 98104
(206) 553-7970