# United States District Court
## for the Western District of Washington

### INITIAL & ARRAIGNMENT PROCEEDINGS

Magistrate Judge (John L. Weinberg)   Ricardo S. Martinez   Monica J Benton

Dep Clerk __Judy Nothern__

otoc, Jlw, kl/tr

Case No. __CR02-46L__   AUSA __Janet Freeman__
USA vs. __Scott J. Clancy__   Def Cnsl __Carol Koller__
US Pretrial __Brenda Amundson__   Deft present: in custody ____
Tape __A-1175__   voluntarily ____ on bond ✓

Interpreter: ____

CR 02-00046 #00000007

____ True Name ____   Age __38__

____ Arrest Date ____   ____ Defendant advised of rights

____ Financial Affidavit reviewed   ____ Defense Counsel appointed

✓ Defendant advised Court s/he has copy of charging document

✓ Defendant waives full reading   ✓ Defendant advised of charges

✓ Defendant pleads **Not Guilty** to: __indictment__

✓ Trial scheduled: __6-3-02__ at __9:00__
   before Judge __Lasnik__

✓ Pretrial Motions due by: __4-11-02__

✓ Defendant requests Discovery pursuant to Rule CrR 16

✓ Government moves for _reconsideration of_ detention ( ) this hearing ( ✓ ) ✗ 2 days  DENIED
____ Detention hearing scheduled _____ at ____
   before judge ____

✓ Proceeds. Pretrial Report filed Under Seal
✓ Government proffer   · Counsel argue   ____ Deft stipulates
____ **Defendant Ordered Detained**   ✓ Conditions set (see below)

✓ Conditions of Release: __PR bond w/ supervision + travel restrictions__

____ Defendant Remanded   ____ Temporary Order of Detention

ARRAIGNMENT MINUTES   DATE: __3/21/02__