# FINANCIAL AFFIDAVIT

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

IN UNITED STATES ☐ MAGISTRATE ☐ DISTRICT ☒ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE _____ VS _____

FILED LODGED AT MAR 25 2002
AT SEATTLE
DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEP

LOCATION NUMBER _____

PERSON REPRESENTED (Show your full name): **CLANCY**

1. ☐ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

DOCKET NUMBERS
Magistrate _____
District Court: **CR02-46L**
Court of Appeals

CHARGE/OFFENSE (describe if applicable & check box →) ☐ Felony  ☐ Misdemeanor

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
- Are you now employed? ☐ Yes ☒ No ☐ Am Self-Employed
- Name and address of employer: _____
- IF YES, how much do you earn per month? $ _____
- IF NO, give month and year of last employment: **2/02**
- How much did you earn per month? $ **900**
- If married is your Spouse employed? ☐ Yes ☒ Not Married
- IF YES, how much does your Spouse earn per month? $ _____
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: $ _____

**CASH**
- Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☐ No IF YES, state total amount $ **200**

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, clothing)? ☐ Yes ☒ No
- IF YES, GIVE THE VALUE AND $ DESCRIBE IT: VALUE _____

CR 02-00046 #00000009

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS: ☒ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
Total No. of Dependents: **0**
List persons you actually support and your relationship to them: _____

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
APARTMENT OR HOME: Contribution to friend with whom living
Total Debt: $ _____
Monthly Paymt: $ **250**

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) **3/21/02**

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ *Scott Clancy*