# United States District Court
# for the District of Columbia

United States Courthouse
333 Constitution Ave., N.W.
Washington, DC 20001

*Nancy M. Mayer-Whittington*
*Clerk*

*Telephone*
*(202) 354-3000*

**April 2, 2002**

United States District Court
For the Western District of Washington
at Seattle

FILED
LODGED
RECEIVED  MAIL

APR 0 6 2002

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

Re: 1:02-m -00146 USA v. CLANCY
    :02-CR-00046 L

Dear Clerk:

Enclosed are copies and/or original documents for proceedings held in the United States District Court for the District of Columbia, before a United States Magistrate Judge. Please acknowledge receipt of these documents on memo copy.

Yours truly,

NANCY MAYER-WHITTINGTON
Clerk

By: _____

Deputy Clerk

Enclosure(s)

CR 02-00046 #00000011

CLOSED

U.S. District Court
USDC District of Columbia (Washington)

CRIMINAL DOCKET FOR CASE #: 02-M -146-ALL

USA v. CLANCY                                                    Filed: 03/07/02
Dkt # in Seattle : is  :02-CR-00046

Case Assigned to:  Magistrate Judge John M. Facciola

SCOTT CLANCY (1)                    Tony W. Miles
     defendant                      FTS 208-7500
                                    Suite 550
                                    [COR LD NTC pda]
                                    FEDERAL PUBLIC DEFENDER FOR
                                    D.C.
                                    625 Indiana Avenue, NW
                                    Washington, DC 20004
                                    AREA CODE (202)

Pending Counts:

    NONE

Terminated Counts:

    NONE


Complaints                          Disposition

Warrant issued on basis of
Indictment.

                                    United States District Court
                                    For the District of Columbia
                                    A TRUE COPY
U. S. Attorneys:                    NANCY MAYER WHITTINGTON, Clerk

    NONE                            By _____


Docket as of April 2, 2002 12:43 pm                    Page 1

```
Proceedings include all events.
1:02m 146-ALL USA v. CLANCY                                         CLOSED
```

| | | |
|---|---|---|
| 3/7/02 | -- | DEFENDANT SCOTT CLANCY arrested. (jdc) [Entry date 03/11/02] |
| 3/7/02 | 1 | DEFENDANT SCOTT CLANCY arrested on warrant issued by the USDC for Western District of Washington on 3/7/02 (jdc) [Entry date 03/11/02] |
| 3/7/02 | 2 | Indictment as to SCOTT CLANCY supporting warrant of arrest from USDC for Western District of Washington at Seattle. Other Court's Case Number: 02-CR-46L (jdc) [Entry date 03/11/02] |
| 3/7/02 | -- | PDID AND DATE OF BIRTH for SCOTT CLANCY : PDID #: 537-466 DOB: 7/12/68 (jdc) [Entry date 03/11/02] |
| 3/7/02 | -- | Prison Registration Number for SCOTT CLANCY : Reg.#: 15025-016. (jdc) [Entry date 03/11/02] |
| 3/7/02 | -- | REMOVAL HEARING before Magistrate Judge John M. Facciola as to SCOTT CLANCY : Attorney appearance atty for SCOTT CLANCY by Tony W. Miles. Rule 40 hearing waived. Status hearing set for 1:45 3/11/02 for SCOTT CLANCY, Defendant committed/commitment issued. (Reporter: Pro-typist, Inc.; Tape & Lines: Courtroom 7) (jdc) [Entry date 03/14/02] |
| 3/7/02 | -- | DEFENDANT(S) SCOTT CLANCY ordered held without bond by Magistrate Judge John M. Facciola . (jdc) [Entry date 03/14/02] |
| 3/7/02 | 3 | WAIVER OF RULE 40 HEARINGS filed by SCOTT CLANCY . (jdc) [Entry date 03/14/02] |
| 3/11/02 | -- | BOND HEARING before Magistrate Judge John M. Facciola as to SCOTT CLANCY :Defendant to report to US Courthouse of Seattle, Washington on 3/21/02 at 9:00 AM before Judge Wineberg, Courtroom A, 3rd Floor. Control hearing set for 9:30 3/22/02 for SCOTT CLANCY ., Defendant Released/Release Issued. Reporter: Courtroom 7 (jdc) [Entry date 03/14/02] |
| 3/11/02 | 4 | BOND filed and approved by Magistrate Judge John M. Facciola as to SCOTT CLANCY : for personal recognizance. Dftaddr: 306 11th Street, SE, Washington, DC 20003. (jdc) [Entry date 03/14/02] |
| 3/22/02 | -- | CONTROL HEARING held before Magistrate Judge John M. Facciola as to SCOTT CLANCY : Defendant reported to USDC in Seattle , WA; Case dismissed. (Reporter: Pro-typist, Inc.; Tape & Lines: Courtroom 7) (jdc) [Entry date 04/02/02] |
| 3/29/02 | -- | RULE 40 case transferred to USDC for Western District of Washington at Seattle, as to SCOTT CLANCY . By order of Magistrate Judge John M. Facciola . Forwarded original filed documents. (jdc) [Entry date 04/02/02] |

```
Proceedings include all events.
1:02m 146-ALL USA v. CLANCY                                              CLOSED
```

AO 442 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
Western District of Washington

UNITED STATES OF AMERICA

v.

SCOTT CLANCY

**WARRANT FOR ARREST**

CR02-46L

**FILED**

MAR 0 7 2002

NANCY MAYER WHITTINGTON, CLERK
U S DISTRICT COURT

TO: The United States Marshal
and Any Authorized United States Officer

You are hereby commanded to arrest **SCOTT CLANCY**
and bring him or her forthwith to the nearest magistrate to answer a(n)

02  0146M  01

_XX_ Indictment __ Information __ Complaint __ Violation Notice __ OTHER

Charging him or her with (brief description of offense)

INDICTMENT RETURNED ON 2/21/02 CHARGING:
COUNT 1,3,5,7,9,11- Fraudulent Use of a Person's Identification
COUNT 2,4,6,8,10,12,13- Access Device Fraud
COUNTs 14-17- Bank Fraud

Judy Nothern, Deputy Clerk
Name of Issuing Officer

RSM

_[signature]_
Signature of Issuing Officer

FEBRUARY 21, 2002 at Seattle, WA
Date and Location

Bail fixed at $ _____ by _____

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| Date Received 02-21-02 | Name & Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| Date of Arrest 03-07-02 | EVAN WOODS - DEPUTY | _[signature]_ |

Presented to the Court by the foreman of the Grand Jury in open Court, in the presence of the Grand Jury and FILED in The U.S. DISTRICT COURT at Seattle, Washington.

February 21, 20 02
BRUCE RIFKIN, Clerk
By H. Brent Zachary Deputy

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, ) NO. CR02-046
 )
　Plaintiff, ) INDICTMENT
 )
　v. )
 )
SCOTT J. CLANCY, )
 )
　Defendant. )

FILED
MAR 07 2002
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

The Grand Jury charges that:

COUNT 1
(Fraudulent Use of a Person's Identification)

On or about August 10, 1998, within the Western District of Washington and elsewhere, the defendant, SCOTT J. CLANCY, in a matter affecting interstate commerce, knowingly used, without lawful authority, a means of identification of another person, to wit: the name of Edward J. Noonan; for the purpose of obtaining a First USA Visa credit card, account number 4246 3112 0209 9427, with the intent to use the credit card account in violation of federal law and in violation of a felony under state law.

All in violation of Title 18, United States Code, Sections 1028(a)(7) and 1028(b)(1)(D).

INDICTMENT/Scott J. Clancy --- 1
(clancy.ind)

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970

## COUNT 2
### (Access Device Fraud)

Beginning in approximately August 1998, and continuing through June 1999, within the Western District of Washington and elsewhere, the defendant, SCOTT J. CLANCY, in a matter affecting interstate commerce, knowingly and with intent to defraud used an unauthorized access device, to wit: a First USA Visa credit card account in the name of Edward J. Noonan, account number 4246 3112 0209 9427; and obtained things of value aggregating $1,000 or more.

All in violation of Title 18, United States Code, Section 1029(a)(2).

## COUNT 3
### (Fraudulent Use of a Person's Identification)

On or about April 27, 1999, within the Western District of Washington and elsewhere, the defendant, SCOTT J. CLANCY, in a matter affecting interstate commerce, knowingly used, without lawful authority, a means of identification of another person, to wit: the name of Paul Horne; for the purpose of obtaining a Pitney Bowes Bank Visa credit card, account number 4336 9400 0174 5128, with the intent to use the credit card account in violation of federal law and in violation of a felony under state law.

All in violation of Title 18, United States Code, Sections 1028(a)(7) and 1028(b)(1)(D).

## COUNT 4
### (Access Device Fraud)

Beginning in approximately May 1999, and continuing through July 1999, within the Western District of Washington and elsewhere, the defendant, SCOTT J. CLANCY, in a matter affecting interstate commerce, knowingly and with intent to defraud used an unauthorized access device, to wit: a Pitney Bowes Bank Visa credit card account in the name of Paul Horne, account number 4336 9400 0174 5128; and obtained things of value aggregating $1,000 or more.

All in violation of Title 18, United States Code, Section 1029(a)(2).

INDICTMENT/Scott J. Clancy — 2
(clancy ind)

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206)553-7970

## COUNT 5
### (Fraudulent Use of a Person's Identification)

On or about May 18, 1999, within the Western District of Washington and elsewhere, the defendant, SCOTT J. CLANCY, in a matter affecting interstate commerce, knowingly used, without lawful authority, a means of identification of another person, to wit: the name and Social Security number of Paul Horne; for the purpose of obtaining an American Express credit card, account number 3722 679174 21005, with the intent to use the credit card account in violation of federal law and in violation of a felony under state law.

All in violation of Title 18, United States Code, Sections 1028(a)(7) and 1028(b)(1)(D).

## COUNT 6
### (Access Device Fraud)

Beginning in approximately May 1999, and continuing through July 1999, within the Western District of Washington and elsewhere, the defendant, SCOTT J. CLANCY, in a matter affecting interstate commerce, knowingly and with intent to defraud used an unauthorized access device, to wit: an American Express credit card account in the name of Paul Horne, account number 3722 679174 21005; and obtained things of value aggregating $1,000 or more.

All in violation of Title 18, United States Code, Section 1029(a)(2).

## COUNT 7
### (Fraudulent Use of a Person's Identification)

On or about May 27, 1999, within the Western District of Washington and elsewhere, the defendant, SCOTT J. CLANCY, in a matter affecting interstate commerce, knowingly used, without lawful authority, a means of identification of another person, to wit: the name and Social Security number of Paul Horne; for the purpose of obtaining a Capitol One Visa credit card, account number 4791 2145 6451 1876, with the intent to use the credit card account in violation of federal law and in violation of a felony under state law.

All in violation of Title 18, United States Code, Sections 1028(a)(7) and 1028(b)(1)(D).

INDICTMENT/Scott J. Clancy — 3
(clancy.ind)

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970

## COUNT 8
### (Access Device Fraud)

Beginning in approximately June 1999, and continuing through August 1999, within the Western District of Washington and elsewhere, the defendant, SCOTT J. CLANCY, in a matter affecting interstate commerce, knowingly and with intent to defraud used an unauthorized access device, to wit: a Capitol One Visa credit card account in the name of Paul Horne, account number 4791 2145 6451 1876; and obtained things of value aggregating $1,000 or more.

All in violation of Title 18, United States Code, Section 1029(a)(2).

## COUNT 9
### (Fraudulent Use of a Person's Identification)

On or about November 17, 1999, within the Western District of Washington and elsewhere, the defendant, SCOTT J. CLANCY, in a matter affecting interstate commerce, knowingly used, without lawful authority, a means of identification of another person, to wit: the name and Social Security number of David Kosenski; for the purpose of obtaining a Providian Financial-Aria Visa credit card, account number 4031 1724 0046 9435, with the intent to use the credit card account in violation of federal law and in violation of a felony under state law.

All in violation of Title 18, United States Code, Sections 1028(a)(7) and 1028(b)(1)(D).

## COUNT 10
### (Access Device Fraud)

Beginning in approximately November 1999, and continuing through December 2000, within the Western District of Washington and elsewhere, the defendant, SCOTT J. CLANCY, in a matter affecting interstate commerce, knowingly and with intent to defraud used an unauthorized access device, to wit: a Providian Financial-Aria Visa credit card account in the name of David Kosenski, account number 4031 1724 0046 9435; and obtained things of value aggregating $1,000 or more.

All in violation of Title 18, United States Code, Section 1029(a)(2).

INDICTMENT/Scott J. Clancy — 4
(clancy.ind)

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970

## COUNT 11
### (Fraudulent Use of a Person's Identification)

On or about January 24, 2000, within the Western District of Washington and elsewhere, the defendant, SCOTT J. CLANCY, in a matter affecting interstate commerce, knowingly used, without lawful authority, a means of identification of another person, to wit: the name and Social Security number of Max Anderson; for the purpose of obtaining a Providian Financial-Aria Visa credit card, account number 4185 6110 0013 3184, with the intent to use the credit card account in violation of federal law and in violation of a felony under state law.

All in violation of Title 18, United States Code, Sections 1028(a)(7) and 1028(b)(1)(D).

## COUNT 12
### (Access Device Fraud)

Beginning in approximately February 2000, and continuing through June 2000, within the Western District of Washington and elsewhere, the defendant, SCOTT J. CLANCY, in a matter affecting interstate commerce, knowingly and with intent to defraud used an unauthorized access device, to wit: a Providian Financial-Aria Visa credit card account in the name of Max Anderson, account number 4185 6110 0013 3184; and obtained things of value aggregating $1,000 or more.

All in violation of Title 18, United States Code, Section 1029(a)(2).

## COUNT 13
### (Access Device Fraud)

Beginning on or about September 20, 2000, and continuing through on or about October 23, 2000, within the Western District of Washington and elsewhere, the defendant, SCOTT J. CLANCY, in a matter affecting interstate commerce, knowingly and with intent to defraud used an unauthorized access device, to wit: a Bank of America Visa credit card account in the name of Dale Kremer, account number 4888 6032 2109 2471; and obtained things of value aggregating $1,000 or more.

All in violation of Title 18, United States Code, Section 1029(a)(2).

INDICTMENT/Scott J. Clancy — 5
(clancy.ind)

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970

## COUNTS 14 - 17
### (Bank Fraud)

### A. Introduction

1. At all times relevant to this Indictment, Key Bank was a financial institution as defined in Title 18, United States Code, Section 20.

### B. The Scheme and Artifice

2. Beginning at a date uncertain, but from at least in or around December 2000 and continuing through on or about March 19, 2001, within the Western District of Washington and elsewhere, the defendant, SCOTT J. CLANCY, with intent to defraud, did knowingly execute, and did attempt to execute, a scheme and artifice to defraud Key Bank and to obtain moneys and funds under the custody and control of the Bank by means of false and fraudulent pretenses and representations [hereinafter "the scheme and artifice"].

3. The purpose of the scheme and artifice was to obtain moneys from the Bank by depositing, and causing the deposit of, several counterfeit and fraudulent checks to Dollar Bank in Pittsburg, Pennsylvania, and Riggs Bank in Washington, D.C. Upon receiving the counterfeit checks, Dollar Bank and Riggs Bank then presented the checks for payment to Key Bank in the Western District of Washington.

4. It was part of the scheme and artifice that:

   a. SCOTT J. CLANCY created the counterfeit checks by using the account name and number of North Hill Bakery, an actual account holder at Key Bank located in Seattle, Washington. The fraudulent checks were made payable in the defendant's name or in the name of J. S., an acquaintance of the defendant. J. S. did not know the checks were counterfeit. Neither the defendant nor J. S. was entitled to receive the funds reflected on the face of the checks. The true account holder – North Hill Bakery – did not authorize the creation and the use of the checks involved in this scheme and artifice.

   b. SCOTT J. CLANCY caused the deposit of two counterfeit checks, totaling $10,248.96, into Dollar Bank. As instructed, Dollar Bank deposited these checks into the account of J. S., making these funds available for the account holder's use and

INDICTMENT/Scott J. Clancy — 6
(clancy.ind)

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970

disposition. Dollar Bank later presented both checks to Key Bank for reimbursement.

c. SCOTT J. CLANCY later added his name to the Dollar Bank account as a joint account holder. He caused the deposit of a third counterfeit check, in the amount of $5,500.00, into Dollar Bank. As instructed, Dollar Bank deposited this check into the joint account of J. S. and SCOTT J. CLANCY, making these funds available for the account holders' use and disposition. Dollar Bank later presented this check to Key Bank for reimbursement.

d. SCOTT J. CLANCY caused the deposit of a fourth counterfeit check, totaling $5,000.00, into an account at Riggs Bank. The account previously had been opened by the defendant in the name of J. S. The deposited funds were made available for the account holder's use and disposition. Riggs Bank later presented this check to Key Bank for reimbursement.

### C. Execution of the Scheme and Artifice to Defraud

5. On or about the following dates, for the purpose of executing the aforementioned scheme and artifice to defraud and to obtain moneys and funds by means of false and fraudulent pretenses and representations, and attempting to do so, SCOTT J. CLANCY, with intent to defraud, knowingly presented, and caused to be presented, to Key Bank within the Western District of Washington, in relation to the North Hill Bakery checking account, account number 4725 5100 3735, the following counterfeit and fraudulent checks:

| Count | Date | Check Number | Dollar Amount | Bank Where Deposited |
|---|---|---|---|---|
| 14 | February 6, 2001 | 14822 | $5,248.96 | Dollar Bank |
| 15 | February 6, 2001 | 14823 | $5,000.00 | Dollar Bank |
| 16 | March 1, 2001 | 14825 | $5,000.00 | Riggs Bank |
| 17 | March 19, 2001 | 14827 | $5,500.00 | Dollar Bank |

////
////
////

INDICTMENT/Scott J. Clancy — 7
(clancy.ind)

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970

```
 1 │  All in violation of Title 18, United States Code, Sections 1344 and 2.
 2 │
 3 │                                      A TRUE BILL:
   │                                      DATED: February 21, 2002
 4 │
 5 │                                      _____
   │                                      FOREPERSON
 6 │
 7 │  _____
   │  JOHN McKAY
 8 │  United States Attorney
 9 │
10 │  _____
   │  JEFF SULLIVAN
11 │  Assistant United States Attorney
12 │
13 │  _____
   │  ROBERT WESTINGHOUSE
14 │  Assistant United States Attorney
15 │
16 │  _____
   │  JANET FREEMAN
17 │  Assistant United States Attorney
18 │
19 │
20 │
...
28 │
```

INDICTMENT/Scott J. Clancy — 8
(clancy.ind)

UNITED STATES ATTORNEY
601 UNION STREET, SUITE 5100
SEATTLE, WASHINGTON 98101-3903
(206) 553-7970

```
_____ FILED    _____ ENTERED
_____ LODGED   _____ RECEIVED
```

FEB 21 2002

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,           )
                                    )   CASE NO. CR02-046L
            Plaintiff,              )
                                    )   ORDER ISSUING BENCH WARRANT
        v.                          )
                                    )
SCOTT CLANCY,                       )
                                    )
            Defendant.              )
_____)

An Indictment having been returned against the above-named defendant, now therefore

IT IS ORDERED that a Bench Warrant shall be issued and conditions of release, if any, shall be fixed at or subsequent to the initial appearance in this case.

The United States Attorney's Office has indicated that it will request a Detention Hearing based on the defendant being a flight risk.

DATED this 21ST day of FEBRUARY, 2002.

_____
UNITED STATES MAGISTRATE JUDGE

SECRET: YES  XXX   NO ____

[Clerk stamp and signature]
By _____ Deputy Clerk

Order Issuing Bench Warrant - 1

UNITED STATES ATTORNEY
601 Union Street, Suite 5100
Seattle, Washington 98101-3903
(206) 553-7970

[Handwritten margin note: Warrant issued 0-21-02]

FILED
MAR 0 7 2002
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

# United States District Court

DISTRICT OF _Columbia_

UNITED STATES OF AMERICA

v.

_Scott Clancy_

**WAIVER OF RULE 40 HEARINGS**
(Excluding Probation Cases)

Case Number: _02-145M_

I, _Scott Clancy_, understand that in the _WESTERN_ District of _Washington_, charges are pending alleging violation of _18 USC 922(g)(1)_ and that I have been arrested in this District and taken before a United States Magistrate, who informed me of the charge and of my right to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel, (2) request transfer of the proceedings to this district pursuant to Rule 20, Fed. R. Crim. P., in order to plead guilty, (3) an identity hearing to determine if I am the person named in the charge, and (4) a preliminary examination (unless an indictment has been returned or an information filed) to determine whether there is probable cause to believe an offense has been committed by me, the hearing to be held either in this district or the district of prosecution.

I HEREBY WAIVE (GIVE UP) MY RIGHT TO A(N):

( ✓ ) identity hearing

(   ) preliminary examination

(   ) identity hearing and have been informed I have no right to a preliminary examination

(   ) identity hearing but request a preliminary examination be held in the prosecuting district

and, therefore, consent to the issuance of an order requiring my appearance in the prosecuting district where the charge is pending against me.

_Scott Clancy_
Defendant

_03/07/02_
Date

_Tony W. M._
Defense Counsel

3

Case No. 012-146

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

United States of America
v.
Defendant's name: Scott Clancy
Defendant's address: 306 11th St. SE LWDC 20003
Defendant's phone no.: 2/544-1764

## YOU ARE RELEASED ON THE FOLLOWING ADDITIONAL CONDITIONS INDICATED BELOW:

**PERSONAL PROMISE** [X] **PERSONAL RECOGNIZANCE.** Your personal recognizance, provided that you promise to appear at all scheduled hearings, trials, or otherwise as required by the Court.

[ ] **UNSECURED APPEARANCE BOND.** Your personal unsecured appearance bond, to be forfeited should you fail to appear as required by the Court.

—OF—

[ ] **CASH BOND.** Upon execution of appearance bond, to be forfeited should you fail to appear as required by the Court, secured by a deposit, such deposit to be returned when the Court determines you have performed the conditions of your release. You will deposit in the registry of the Court_____%.

[ ] **SURETY BOND.** Upon execution of appearance bond with approved surety.

### YOU ARE HEREBY RELEASED ON THE CONDITIONS INDICATED BELOW:

[ ] **1) SUPERVISORY CUSTODY** — You hereby agree to be placed in the custody of _____ who agrees (a). to supervise you in accordance with the conditions below, (b). to use every effort to assure your appearance at all scheduled hearings, trials, or otherwise, and (c). to notify the D.C. Pretrial Services Agency immediately in the event you violate any condition of release or disappear. Agency telephone — 727-2800.
SIGNATURE OF CUSTODIAN

FILED
MAR 11 2002
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

2947

[ ] **2) YOU ARE TO REPORT** [ ] weekly [ ] in person [ ] THE D.C. PRETRIAL SERVICES AGENCY AT 727-2800.
[ ] other-specify [ ] by phone TO [ ] Your attorney, whose name and address is shown below.

[ ] **3) YOU ARE TO LIVE** [ ] at _____ address _____ phone no.
[ ] with _____ name and relationship to defendant _____ phone no.
[ ] at _____ address _____ phone no. _____ being in at night by _____ P.M. time

[ ] **4a) YOU ARE TO WORK** [ ] by obtaining a job within _____ days and reporting it to the D.C. Pretrial Services Agency at 727-2800.
[ ] by maintaining your job at _____ Employer's name and address

[ ] **4b) YOU ARE TO STUDY** [ ] by enrolling in school at _____ name and address
[ ] by maintaining your student status at _____ name and address

[ ] **5) YOU ARE TO STAY** [ ] away from the complaining witness. [ ] Within the D.C. area.

[ ] **6) NARCOTICS**

[X] **7) OTHER CONDITION** Appear 3/21/02 9:00 Court Room A, Western Dist of Washington, Seattle, District Court 3rd Fl. Judge Weinberg

[ ] **8) REARREST** Any rearrest on probable cause for any subsequent offense may result in revoking your present bond and setting it at

You are instructed that any violation of a condition of release may result in revocation of release, pretrial detention or contempt. If you willfully fail to appear as required, you will be subject to prosecution and if convicted, the maximum penalties are indicated on the reverse side. Furthermore, your release is subject to the terms and conditions contained on the reverse side which are incorporated in and made a part of this order, which by your signature below you certify you have read and understand. — Controlled Acts- if needed.

**NEXT DUE BACK** in Courtroom 7 at 9:30 AM on 3/22/02 or when notified and you must appear at all subsequent continued dates. You must also appear

**YOUR ATTORNEY** Tony Miles
625 Indiana Ave #550 WDC (202)208-7500

**DEFENDANT'S SIGNATURE** X Scott James Clancy
I understand the penalties which may be imposed on me for willful failure to appear or for violation of any condition of release and agree to comply with the conditions of my release and to appear as required.

**WITNESSED BY** TL (title and agency) DCPSA

**IMPORTANT:** YOU ARE TO NOTIFY IMMEDIATELY THE D.C. PRETRIAL SERVICES AGENCY, 500 INDIANA AVE., N.W., FIRST FLOOR, TELEPHONE NUMBER 727-2800, OF ANY CHANGE OF ADDRESS, EMPLOYMENT, OR CHANGE IN STATUS OF ANY RELEASE CONDITIONS.

WHITE—TO COURT PAPERS
BLUE— TO JUDGE
GREEN—TO D.C. PRETRIAL SERVICES AGENCY
CANARY—TO DEFENSE ATTORNEY
PINK—TO U.S. ATTORNEY
GOLDENROD—TO DEFENDANT

Date 3/11/02

**SO ORDERED**
Signature of Judge

DISTRICT OF COLUMBIA PRETRIAL SERVICES AGENCY

THE FOLLOWING INFORMATION IS SUBMITTED FOR USE IN DETERMINING CONDITIONS OF RELEASE.

LOCKUP NO.                                                 MARCH 07, 2002

UNITED STATES OF AMERICA VS SCOTT JAMES CLANCY

CHARGES: REMOVAL (SEATTLE, WASHINGON)   DATE OF BIRTH: 07-12-1963

ADDRESS:

    CURRENT ADDRESS:   306 B 11TH STREET, SE APT B
                       WASHINGTON, DC 20003
    LIVES WITH: ALONE
    LENGTH OF RESIDENCE: 7 MONTHS
    UNVERIFIED   SEE REMARKS

    PRIOR ADDRESS:     322 11TH STREET, SE
                       WASHINGTON, DC 20003
    LIVES WITH: FRIEND
    LENGTH OF RESIDENCE: 5 MONTHS
    UNVERIFIED   SEE REMARKS

EMPLOYMENT/SCHOOL/SUPPORT:

    PRESENT STATUS: EMPLOYED
    WHERE: RAY'S THE STEAKS
    HOW LONG: 1 MONTH
    TYPE OF WORK:  BAKER
    UNVERIFIED   SEE REMARKS

    PRIOR STATUS:   EMPLOYED
    WHERE: VICTORIAN HORT SERVICES
    HOW LONG: 9 MONTHS
    TYPE OF WORK:  LANDSCAPER
    UNVERIFIED   SEE REMARKS

    PRIOR STATUS:   EMPLOYED
    WHERE: NORTH HILL BAKERY
    HOW LONG: 1 1/2 YRS
    TYPE OF WORK:  BAKER
    UNVERIFIED   SEE REMARKS

COMMUNITY TIES/EDUCATION:

    DC AREA RESIDENT FOR: 1 YEAR        STEADILY
    YEARS EDUCATION: 020
    MARITAL STATUS: SINGLE
    OTHER FAMILY IN AREA NOT LIVING WITH DEFENDANT:
        NO FAMILY
    UNVERIFIED   SEE REMARKS

HEALTH HISTORY:

PRETRIAL SERVICES CASE NO.: 02066912   BAID: 02066975    TIME: 03:18 PM

DISTRICT OF COLUMBIA PRETRIAL SERVICES AGENCY

LOCKUP NO.     (CONTINUED)
SCOTT JAMES CLANCY

MARCH 07, 2002
PAGE: 02

NO APPARENT HEALTH PROBLEMS

SELF-REPORTED SUBSTANCE ABUSE:

    NO SELF REPORTED DRUG USE INFORMATION AVAILABLE

TEST RESULTS:

    FROM: 03-07-02
    NO INFORMATION AVAILABLE

PENDING CASES:

    NO PENDING CASES IN DISTRICT OF COLUMBIA

PRIOR CONVICTIONS:

    NO PRIOR CONVICTIONS IN THE DISTRICT OF COLUMBIA.

PRETRIAL SERVICES RECOMMENDATION:

  APPEARANCE RECOMMENDATIONS

    BASED UPON THE INFORMATION KNOWN TO PRETRIAL SERVICES,
    THE AGENCY RECOMMENDS:

    THAT THE DEFENDANT BE RELEASED ON PERSONAL RECOGNIZANCE WITH
    THE FOLLOWING CONDITIONS DESIGNED TO MINIMIZE POTENTIAL
    FAILURE TO APPEAR:
        THAT THE DEFENDANT REPORT TO THE PRETRIAL SERVICES AGENCY FOR
        DRUG EVALUATION AND POSSIBLE PROGRAM PLACEMENT.
        THAT THE DEFENDANT REPORT ONCE A WEEK BY PHONE TO THE
        PRETRIAL SERVICES AGENCY.
        THAT THE DEFENDANT REPORT TO THE PRETRIAL SERVICES AGENCY
        WITHIN 24 HOURS, A SATISFACTORY, VERIFIED ADDRESS AT WHICH
        MAIL NOTIFICATION CAN BE RECEIVED.

  SAFETY RECOMMENDATIONS

    BASED UPON THE INFORMATION KNOWN TO PRETRIAL SERVICES,
    THE AGENCY RECOMMENDS:

    NO CONDITIONS IN THE SAFETY CATEGORY.

  REMARKS:

PRETRIAL SERVICES CASE NO.: 02066912     BAID: 02066975     TIME: 03:18 PM

DISTRICT OF COLUMBIA PRETRIAL SERVICES AGENCY

LOCKUP NO.     (CONTINUED)
SCOTT JAMES CLANCY

MARCH 07, 2002
PAGE: 03

THE REFERENCE PROVIDED WAS NOT AVAILABLE FOR VERIFICATION PURPOSES. DURING THE INTERVIEW THE DEFENDANT INFORMED PSA THAT HE DOES NOT POSSESS A PASSPORT AND HAS NO TRAVEL PLANS WITHIN THE NEXT YEAR. THE DEFENDANT ALSO INFORMED PSA THAT HE SPEAKS ITALIAN, FRENCH, SPANISH AND JAPANESE.
*PLEASE NOTE AT THIS TIME PSA HAS NO INFORMATION REGARDING UNDERLYING CHARGE*

PRETRIAL SERVICES REPRESENTATIVE

TARYA LEWIS

_____

PRETRIAL SERVICES CASE NO.: 02066912   BAID: 02066975   TIME: 03:18 PM