Judge Lasnik

FILED
LODGED ___ ENTERED
___ RECEIVED

MAY 23 2002

AT SEATTLE
CLERK U S DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>SCOTT J. CLANCY,<br><br>　　　　　　　　Defendant. | NO. CR02-46L<br><br>CONSENT TO RULE 11 PLEA IN A FELONY CASE BEFORE A UNITED STATES MAGISTRATE JUDGE |

I have been advised by my attorney and by the United States Magistrate Judge of my right to enter my plea in this case before a United States District Judge. I hereby declare my intention to enter a plea of guilty in the above case, and I request and consent to the acceptance of my plea by a United States Magistrate Judge pursuant to Rule 11 of the Federal Rules of Criminal Procedure. I understand that if the United States Magistrate Judge orders the preparation of a presentence investigation

///

///

///

CR 02-00046 #00000013

CONSENT TO RULE 11 PLEA IN A
FELONY CASE BEFORE UNITED STATES
MAGISTRATE JUDGE/SCOTT J CLANCY - 1
(CR02-46L)

UNITED STATES ATTORNEY
601 Union Street, Suite 5100
Seattle, Washington 98101-3903
(206) 553-7970

report, the assigned United States District Judge will then decide whether to accept or reject my plea of guilty and any plea agreement I may have with the United States and will adjudicate guilt and impose sentence.

DATED this 23 day of May, 2002.

_____
SCOTT J. CLANCY
Defendant

_____
CAROL KOLLER
Attorney for Defendant

APPROVED:

_____
JANET FREEMAN
Assistant United States Attorney

CONSENT TO RULE 11 PLEA IN A
FELONY CASE BEFORE UNITED STATES
MAGISTRATE JUDGE/SCOTT J CLANCY - 2
(CR02-46L)

UNITED STATES ATTORNEY
601 Union Street, Suite 5100
Seattle, Washington 98101-3903
(206) 553-7970