# U.S. District Court for the Western District of Washington

## ~~INITIAL and~~ PLEA on FELONY OFFENSE(S)

Magistrate Judge ~~John L. Weinberg~~   Ricardo S. Martinez   ~~Monica J Benton~~

Deputy Clerk: Laurie Cuaresma

CR 02-46L

USA vs Scott Clancy

AUSA: Janet Freeman

Def Cnsl Carol Koller

Court Reporter Caroline Castle

Interpreter: _____

CR 02-00046 #00000015

Deft present: in custody _____
voluntarily _____ on bond ✔
US Pretrial _____
Language _____

___ Defendant advised of rights   ___ Financial Affidavit reviewed   ___ Court appoints counsel
___ Defendant arraigned   ___ Information   ___ Indictment   ___ Superseding Indictment filed
✔ Defendant sworn and questioned pursuant to Rule 11, F.R.Cr.P.
✔ Defendant executes Consent to Rule 11 Plea in a Felony Case before a U.S Magistrate Judge
✔ True Name Scott James Clancy   ~~Age~~/DOB 7-12-63   Education Masters Degree
___ Waiver of Indictment accepted for filing   ___ Defendant advised of charges
✔ Court reviews written Plea Agreement   ___ Plea Agreement filed UNDER SEAL
___ There is no written agreement, counsel explain provisions of the plea to the court
✔ Defendant advised of maximum and minimum penalties
✔ Defendant pleads GUILTY to Count(s): 1, 3, 9, 11, 13 & 17 of Indictment
   ✔ Remaining Count(s) to be dismissed at sentencing
___ Proffer by the government   ___ Court questions defendant regarding the proffer
✔ Court finds the defendant is competent to enter a plea   ✔ Court accepts the plea
✔ Court signs Report & Recommendation; copies distributed to counsel at conclusion of hearing
___ Court rejects the plea
___ Counsel directed to contact Clerk to Judge _____ to set further proceedings
✔ Presentence Report Ordered
✔ Sentencing scheduled before Judge Lasnik on 9/16/02 at 11:30am
___ Counsel will be contacted with the Sentencing date by the Scheduling Clerk
___ Government moves for detention ( ) this hearing ( ) 3 days
___ Detention hearing scheduled ___/___/___ at ___ before Judge _____
   ___ Proceeds. Pretrial Report filed Under Seal
   ___ Government proffer & argument   ___ Defendant proffer & argument   ___ Deft stipulates
   ___ Defendant Ordered Detained
___ Conditions of Release _____

✔ Defendant remains on bond   ___ Defendant remanded to custody

cc: CHC, RSM, USPO, KL

MINUTES of PLEA                                    DATE: 5/23/02