Judge Lasnik

CR 02-00046 #00000016

MAY 23 2002

CLERK U S DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | NO. CR02-46L |
| v. | REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY |
| SCOTT J. CLANCY, | |
| Defendant. | |

The defendant, by consent, has appeared before me pursuant to Rule 11, Fed. R. Crim. P., and has entered a plea of guilty to Counts One, Three, Nine, Eleven, Thirteen and Seventeen of the Indictment. After examining the defendant under oath, I determined that the guilty plea was knowingly, intelligently and voluntarily made, and that the offenses charged are supported by an independent basis in fact containing each of the essential elements of such offenses. I, therefore, ordered a presentence report. Subject to the Court's consideration of the Plea Agreement pursuant to Fed. R. Crim. P. 11(e)(2), I recommend that the defendant be adjudged guilty and have sentence imposed.

DATED this 23 day of May, 2002.

_____
UNITED STATES MAGISTRATE JUDGE

**NOTICE**

Objections to this Report and Recommendation are waived unless filed and served within ten (10) days. 28 U.S.C § 636(b)(1)(B).

REPORT AND RECOMMENDATION FOR
RULE 11 PLEA/SCOTT J CLANCY - 1
(CR02-46L)

UNITED STATES ATTORNEY
601 Union Street, Suite 5100
Seattle, Washington 98101-3903
(206) 553-7970