MAGISTRATE JUDGE WEINBERG

```
_____FILED   _____ENTERED
_____LODGED _____RECEIVED

       JUN 0 3 2002    KN

          AT SEATTLE
     CLERK U S DISTRICT COURT
  WESTERN DISTRICT OF WASHINGTON
BY                        DEPUTY
```

CR 02-00046 #00000017

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SCOTT J. CLANCY,<br><br>Defendant. | NO. CR 02-46 L<br><br>STIPULATED MOTION TO AMEND<br>CONDITIONS OF RELEASE |

Scott Clancy, by his attorney, Carol Koller, and the United States of America, by it's attorney, Assistant United States Attorney Janet Freeman, respectfully request that this Court amend the conditions of release set March 21, 2002, to eliminate the condition that Mr Clancy have no direct or indirect contact with John Sandor.

As grounds for this motion the parties state:

At the time the original appearance bond was set on March 21, 2002, the government requested that Mr. Clancy be prohibited from contact with John Sandor, based upon an understanding that this was Mr. Sandor's wish. Mr. Sandor later contacted Mary Brown, victim witness representative at the United States Attorneys Office, and counsel for Scott Clancy, to advise that this was not his wish. Mr. Sandor has now further indicated that he has an affirmative need to contact Scott Clancy, to

STIPULATED MOTION TO AMEND CONDITIONS
OF RELEASE
(Scott Clancy, CR02-46L)                1

FEDERAL PUBLIC DEFENDER
1111 Third Avenue, Suite 1100
Seattle, Washington 98101
(206) 553-1100

1  make arrangements for the disposition of Mr. Clancy's belongings, still in Mr. Sandor's
2  and Mr. Clancy's formerly shared residence, and would like the no contact condition
3  deleted.
4      Since the no contact provision was set for the benefit of John Sandor, and since
5  Mr. Sandor has indicated that he not only does not desire such a condition, but
6  affirmatively wishes it to be deleted, the parties agree that the conditions of release set
7  by this Court on March 21, 2002 be amended to delete the condition of "no direct or
8  indirect contact with John Sandor." All other conditions set in the March 21, 2002 bond
9  should remain in effect.
10      DATED this _3_ day of June, 2002.

Respectfully submitted,

_Janet Freeman_ approved by phone CK
Janet Freeman
Assistant United States Attorney

_Carol Koller_
Carol Koller
Attorney for Scott J. Clancy

STIPULATED MOTION TO AMEND CONDITIONS
OF RELEASE
(Scott Clancy, CR02-46L)                    2

FEDERAL PUBLIC DEFENDER
1111 Third Avenue, Suite 1100
Seattle, Washington 98101
(206) 553-1100

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2002, I caused to be delivered by hand a copy of the Stipulated Motion and (proposed) Order to Amend Conditions of Release, to:

> Ms. Janet Freeman
> Assistant United States Attorney
> 601 Union Street, Suite 5100
> Seattle, WA   98101-3903

DATED this 3rd day of June, 2002.

*/s/ Barbara G. Hughes*
Barbara G. Hughes

STIPULATED MOTION TO AMEND CONDITIONS
OF RELEASE
(Scott Clancy, CR02-46L)                              3

FEDERAL PUBLIC DEFENDER
1111 Third Avenue, Suite 1100
Seattle, Washington 98101
(206) 553-1100