MAGISTRATE JUDGE WEINBERG

FILED ___ ENTERED
LODGED ___ RECEIVED

JUN 0 3 2002  KN
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

FILED ___ ENTERED
___ RECEIVED

JUN - 5 2002

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SCOTT J. CLANCY,<br><br>　　　　Defendant. | NO. CR 02-46 L<br><br>STIPULATED ORDER AMENDING<br>CONDITIONS OF RELEASE |

IT IS HEREBY ORDERED that the conditions of release set in this matter on March 21 2002, are amended to delete the condition that Scott Clancy have no direct or indirect contact with John Sandor All other conditions set forth in the appearance bond of March 21, 2002, remain in effect.

DATED this 5 day of June, 2002.

_____
John L. Weinberg
United States Magistrate Judge

Presented by,

_Approved by phone CK_
Janet Freeman
Assistant United States Attorney

CR 02 00046 00000018

_Carol Koller_
Carol Koller
Attorney for Scott Clancy

STIPULATED ORDER AMENDING CONDITIONS
OF RELEASE
(Scott Clancy; CR02-46L)                    1

FEDERAL PUBLIC DEFENDER
1111 Third Avenue, Suite 1100
Seattle, Washington 98101
(206) 553-1100