Judge Lasnik

JUN 10 2002

FILED
LODGED ENTERED
RECEIVED

MAY 23 2002

CLERK AT SEATTLE
BY WESTERN U.S. DISTRICT COURT
DISTRICT OF WASHINGTON
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SCOTT J. CLANCY,<br><br>    Defendant. | NO. CR02-46L<br><br>ACCEPTANCE OF PLEA OF GUILTY, ADJUDICATION OF GUILT, AND NOTICE OF SENTENCING |

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, and subject to this Court's consideration of the Plea Agreement pursuant to Fed. R. Crim. P. 11(e)(2), the plea of guilty of the defendant to Counts One, Three, Nine, Eleven, Thirteen and Seventeen of the Indictment is hereby accepted, and the defendant is adjudged guilty of such offenses. All parties shall appear before this Court for sentencing as directed.

IT IS SO ORDERED this 10th day of June, 2002.

_____
UNITED STATES DISTRICT JUDGE

RULE 11 PLEA/SCOTT J. CLANCY - 1
(CR02-46L)

UNITED STATES ATTORNEY
601 Union Street, Suite 5100
Seattle, Washington 98101-3903
(206) 553-7970