WA/WD PTS12C
(6/00)

# United States District Court
for
## Western District of Washington

### Petition for Warrant or Summons for Defendant Under Pretrial Service Supervision

**Name of Defendant:** Scott James Clancy  **Case Number:** CR02-46 L
**Name of Judicial Officer:** The Honorable John L. Weinberg, U.S. Magistrate Judge
**Original Offense:** Fraudulent Use of ID, Access Device Fraud, Bank Fraud
☒ **Bond**  ☐ **Diversion Supervision**
**Date Supervision/Diversion Commenced:** April 10, 2002
**Bond Conditions Imposed:**

- ☒ **(15)** - Maintain residence with/at: <u>1212 North Allen Place, Seattle, WA 98103.</u> Do not change residence without prior approval of Pretrial Services or as directed by Pretrial Services.
- ☒ **(34)** - <u>**You are not to open new lines of credit and provide Pretrial Services with any requested information regarding your financial status, income sources, and investments. Sign a Release of Information form for Credit Bureau Verification if requested by Pretrial Services.**</u>

---

### PETITIONING THE COURT

☐ To issue a warrant under seal
☒ To issue a summons

U.S. Pretrial Services Officer Recommendation:

☐ The bond should be revoked.

☒ The conditions of supervision should be modified as follows:

ADD: Notify current employer of pending charges as directed by Pretrial Services. Defendant's employer to sign 3rd Party Disclosure Acknowledgment form provided by Pretrial Services.

☒ The U.S. Attorney's office has been notified of this violation and:
  ☒ Concurs with recommendation.
  ☐ Does not concur with recommendation.



CR 02 00046 #00000021

Petition for Warrant or Summons
for Defendant Under Supervision

Respectfully submitted,

*[signature]*

Sarah C. Cavendish
**U.S. Pretrial Services Officer**

*[signature]*
APPROVED:
Timothy W. McTighe
Chief U. S. Pretrial Services Officer
August 13, 2002

THE COURT DIRECTS:
☐ The Issuance of a Warrant under seal (conditions of supervision shall remain in effect pending final adjudication)
☒ The Issuance of a Summons (conditions of supervision shall remain in effect pending final adjudication)
☐ Other

_____
Name

_____
Title  US Magistrate Judge

_____
Date  August 16, 2002

# United States District Court

WESTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| v. | |
| Scott James Clancy<br>1212 N. Allen Place<br>Seattle, WA 98103 | CASE NUMBER: CR02-46L |

YOU ARE HEREBY SUMMONED to appear before the United States District court at the place, date and time set forth below.

| Place: | U.S. Courthouse<br>1010 5th Ave.<br>Seattle, Washington | Courtroom<br>304A |
|---|---|---|
| | | Date and Time |
| Before: | Magistrate Judge John L. Weinberg | 9/13/02 at 9:30 |

To answer a(n) petition for warrant or summons for defendant under Pretrial Service supervision, Charging you with a violation of Title_____ United States Code, Section(s)_____

Brief description of offense:

   violations of conditions of supervised release

_____    August 19, 2002
Signature of Issuing Officer

V. L. Karlberg, Deputy Clerk
Name and Title of Issuing Officer