# United States District Court

WESTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA
v.

Scott James Clancy
1212 N. Allen Place
Seattle, WA 98103

SUMMONS IN A CRIMINAL CASE

FILED ____ ENTERED
____ LODGED ____ RECF

CASE NUMBER: CR02-46

AUG 28 2002 MR

AT SEATTLE
CLERK U.S. DISTRICT COURT
BY WESTERN DISTRICT OF WASHINGTON

YOU ARE HEREBY SUMMONED to appear before the United States District court at the place, date and time set forth below.

| Place: U.S. Courthouse<br>1010 5th Ave.<br>Seattle, Washington | Courtroom<br>304A |
|---|---|
| | Date and Time |
| Before: Magistrate Judge John L. Weinberg | 9/13/02 at 9:30 |

To answer a(n) petition for warrant or summons for defendant under Pretrial Service supervision, Charging you with a violation of Title_____ United States Code, Section(s)_____

Brief description of offense:

violations of conditions of supervised release

CR 02-00046 #00000022

Signature of Issuing Officer

August 19, 2002

V. L. Karlberg, Deputy Clerk
Name and Title of Issuing Officer

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Scott Clancy_  ☐ Agent  ☒ Addressee<br>B. Received by (Printed Name): Scott Clancy   C. Date of Delivery: 8/27 |
| 1. Article Addressed to:<br><br>SCOTT JAMES CLANCY<br>1212 N ALLEN PLACE<br>SEATTLE WA  98103 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |

7002 0510 0002 8315 1832          CR02-0046      9-13

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1035

-executed by mail