UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

HONORABLE JOHN L. WEINBERG, U.S MAGISTRATE JUDGE

| | |
|---|---|
| Deputy Clerk. | Judith A. Nothern |
| Date | September 13, 2002 |
| Tape· | A-1254 |
| Pretrial/Probation | Sarah Cavendish |
| Interpreter: | |

## MINUTES of BOND MODIFICATION HEARING

| | |
|---|---|
| In re: | **U.S.A. v. SCOTT CLANCY** |
| Case Number. | CR02-46L |
| | |
| Plaintiff's Attorney | Lisca Borichewski |
| Defense Attorney· | Carol Koller |

Defendant present on bond.

After the case is called, the Government advises the court that they wish to strike this hearing as they have been advised by Ms. Koller that Mr Clancy is no longer working, so the bond modification is not necessary.
Court is in recess



CR 02-00046 #00000024