UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

Hon. Robert S Lasnik, U. S. District Judge        Date: 09/18/02

Deputy Clerk:   Kerry Lane                        Court Reporter:  Joe Roth

---

### SENTENCING MINUTES

Case No. CR02-46L                                 U.S. v. SCOTT CLANCY

US Atty:    Janet Freeman              Defense Counsel:   Carol Koller
USPO:       Monique Neal               Interpreter:

**Sentence Imposed:**

✓ Imprisonment for a term of <u>32 months and 7 days</u>

✓ Supervised Release for a term of <u>5 years</u>

CR 02-00046  #00000027

### CONDITIONS OF SUPERVISION/PROBATION

✓ Standard conditions        ✓ Firearms conditions        ✓ Search & Seizure

✓ Mental Health conditions

✓ Financial Conditions

✓ Other Special Conditions as noted in the Judgment

✓ Fine waived

✓ Restitution in the amount of $ <u>186,342.28</u>

✓ Mandatory penalty Assessment in the amount of $ <u>600</u> due immediately

✓ Motion to dismiss remaining counts is granted.

✓ The Court recommends incarceration at FCI Sheridan

✓ Defendant advised of right to appeal.

✓ Other: The defendant shall be placed on the probation office's mental health case load. The probation office shall prepare quarterly reports for the Court. The Court will conduct quarterly hearings to review the defendant's employment and residential status and his mental health progress.

SENTENCING MINUTES        HON. ROBERT S. LASNIK        Date: 09/18/02