WA/WD PTS12C
(6/00)

**FILED UNDER SEAL**

Dismissed by got
11-22-02

___ FILED   ___ ENTERED
___ LODGED   ___ RECEIVED

NOV 19 2002

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
           DEPUTY

# *United States District Court*
for
## Western District of Washington

### Petition for Warrant or Summons for Defendant Under Pretrial Service Supervision

**Name of Defendant:** Scott James Clancy   **Case Number:** CR02-46
**Name of Judicial Officer:** The Honorable Robert S. Lasnik, U.S. District Judge
**Original Offense:** Fraudulent Use of ID, Access Device Fraud, Bank Fraud
☒ **Bond**   ☐ **Diversion Supervision**
**Date Supervision/Diversion Commenced:** April 10, 2002
**Bond Conditions Imposed:**

- ☒ **(32)** - No direct or indirect contact with John Sandor
- ☒ **(15)** - Maintain residence with/at: <u>1212 North Allen Place, Seattle, WA 98103.</u> Do not change residence without prior approval of Pretrial Services or as directed by Pretrial Services.
- ☒ **(34)** - <u>You are not to open new lines of credit and provide Pretrial Services with any requested information regarding your financial status, income sources, and investments. Sign a Release of Information form for Credit Bureau Verification if requested by Pretrial Services.</u>

### PETITIONING THE COURT

☒ To issue a warrant under seal

☐ To issue a summons

The Pretrial Services Officer believes that the defendant has violated the following condition(s) of supervision:

<u>Nature of Noncompliance</u>

1. The defendant violated the terms of his bond that he not commit a not commit a federal, state, or local crime during the period of release, by being arrested for Burglary on November 15, 2002.



CR 02 00046  #00000029



Petition for Warrant or Summons
for Defendant Under Supervision

U.S. Pretrial Services Officer Recommendation:
- ☒ The bond should be revoked.
- ☒ Detention pending final adjudication due to
    - ☒ risk of flight.
    - ☒ danger to community.

- ☒ The U.S. Attorney's office has been notified of this violation and:
    - ☒ Concurs with recommendation.

Respectfully submitted,

Sarah C. Cavendish
U.S. Pretrial Services Officer


APPROVED:
Timothy W. McTighe
Chief U.S. Pretrial Services Officer
BY:
Connie M. Smith
Deputy Chief, U.S. Pretrial Services Officer
November 18, 2002


THE COURT DIRECTS:
☒ The Issuance of a Warrant under seal (conditions of supervision shall remain in effect pending final adjudication)
☐ The Issuance of a Summons (conditions of supervision shall remain in effect pending final adjudication)
☐ Other

Robert S. Lasnik, U.S. District Judge

Nov. 19, 2002
Date

AO 442 (Rev. 12/85) Warrant for Arrest

# United States District Court
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA | **WARRANT FOR ARREST** |
| v. | CASE NUMBER: CR02-46L |
| SCOTT JAMES CLANCY | |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __SCOTT JAMES CLANCY__

and bring him or her forthwith to the nearest magistrate to answer a(n)

___ Indictment    ___ Information    _✔_ Probation/Supervised Release Violation Petition

charging him or her with:

Violation of Supervised Release

in violation of Title ____ United States Code, Section(s) _____

V. Karlberg
Name of Issuing Officer

[signature]
Signature of Issuing Officer

Deputy Clerk
Title of Issuing Officer

November 19, 2002 at Seattle, WA
Date and Location

Bail fixed at _____ by _____

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

CERTIFIED TRUE COPY
ATTEST PROPER COPY
Clerk, U.S. District Court
Western District of Washington
By _____ Deputy Clerk