United States District Court
for the Western District of Washington
INITIAL PROCEEDINGS

MAGISTRATE JUDGE John L. Weinberg
~~Ricardo S. Martinez~~
~~Monica J. Benton~~

___ complaint
___ information/indictment
✓ BOND ~~initial~~ revocation
___ Rule 40 ___ Dist ___
( _____ )

Deputy Clerk: Heather Arent-Zachary

Case No. CR02-46L
USA vs. Scott James Clancy
USP ~~USPO~~ David Kahunahana
Tape A-1290

AUSA Janet Freeman
Def Cnsl Robert Gombiner for ~~Carol Koller~~
Deft. present: in custody ✓
voluntarily ___

Interpreter: _____  Language _____

✓ Date of Arrest 11/22/02
✓ Defendant advised of rights ___ Financial Affidavit reviewed ___ Court appoints counsel

___ Agent _____ sworn and signs complaint ___ Court signs complaint

___ Defendant advised of charges ___ Defendant challenges probable cause ___ Overruled ___ Dismissed

✓ Defendant advised of allegations in violation petition  ✓ Defendant admits violations
___ Defendant denies violations, hearing set   ___ Violations # ___ Established

✓ Government moves for Deft to begin sentence ~~detention ( ) this hearing ( ) 3 days~~
___ Detention hearing scheduled _____ at _____ before _____
___ Proceeds. Pretrial Report filed Under Seal
___ Government proffer ___ Defendant proffer ___ Counsel argue ___ Deft stipulates
**Defendant Ordered Detained** ___ Conditions set (see below)

___ Preliminary hearing scheduled _____ at _____ before _____

___ Rule 40 hearing scheduled _____ at _____ before _____

___ Defendant waives Rule 40 Hearing ___ Court signs Order of Transfer ___ Court advised Rule 20
discussions being pursued; Court w/holds signing Order of Transfer; sets Status Hearing _____

___ Revocation Hearing scheduled _____
___ Preliminary ___ Evidentiary ___ Dispositi

CR 02 00046 #00000030

___ Conditions of Release _____

✓ Defendant Remanded ___ Temporary Order of Detention
OTHER: Gov't dismisses petition reserving the right to revisit issue; Deft to begin sentence.

cc: JLW, PTS, JN, KL

MINUTES of INITIAL HEARING           DATE: 11/22/02