01
02
03
04
05
06
07
08

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| 09 UNITED STATES OF AMERICA, | ) | CASE NO.: CR02-0046-RSL |
| | ) | |
| 10    Plaintiff, | ) | |
| | ) | |
| 11 v. | ) | SUMMARY REPORT OF U.S. |
| | ) | MAGISTRATE JUDGE AS TO |
| 12 SCOTT JAMES CLANCY, | ) | ALLEGED VIOLATIONS |
| | ) | OF SUPERVISED RELEASE |
| 13    Defendant. | ) | |
| _____ | ) | |
| 14 | | |

15        An initial hearing on supervised release revocation in this case was scheduled before me

16 on September 28, 2005.  The United States was represented by AUSA Janet Freeman and the

17 defendant by Carol Koller.  The proceedings were recorded on cassette tape.

18        Defendant had been sentenced on or about September 18, 2002 by the Honorable Robert

19 S. Lasnik on a charge of Fraudulent Use of a Person's Identification, Access Device Fraud, Bank

20 Fraud and sentenced to 32 Months and Seven Days Custody, 5 years Supervised Release.

21        The conditions of supervised release included requirements that defendant comply with all

22 local, state, and federal laws and with the standard conditions of supervision.  Other special

23 conditions included no firearms, submit to search, participate in a mental health program, provide

24 access to financial information, provide information to probation officer regarding any business

25 interests, disclose all assets and liabilities to probation officer, allow inspection of personal

26 computer, notify probation officer of all software purchases, do not work for cash, have all

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO
ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE 1

01 employment approved by probation officer, do not possess identification documents in any but

02 true name, and restitution in the amount of $186,342.28. (Dkt. 28)

03       In an application dated February 14, 2005, U.S. Probation Officer Robin L. Elliott alleged

04 the following violations of the conditions of supervised release:

05       1.    Failing to follow the instructions of the probation officer on or about February 28,

06 2005 in violation of standard condition 3.

07       2.    Failing to notify the probation officer of change of residence, in violation of

08 standard condition 6.

09       Defendant was advised in full as to those charges and as to his constitutional rights.

10       Defendant admitted alleged violation 2 and waived any evidentiary hearing as to whether

11 it occurred.  Defendant denied alleged violation 1.

12       I therefore recommend the Court find defendant violated his supervised release as alleged

13 in violation number 2 and that the Court conduct an evidentiary hearing on violation 1 and on the

14 disposition of violation number 2.   The next hearing will be set before Judge Lasnik.

15       Pending a final determination by the Court, defendant has been released to a half way

16 house..

17       DATED this <u>28th </u>day of September,  2005.

18

19

20 Mary Alice Theiler

United States Magistrate Judge

21

22 cc:   District Judge:        Honorable Robert S. Lasnik

      AUSA:            Janet Freeman

23       Defendant's attorney:    Carol Koller

      Probation officer:     Brian K. Facklam

24

25

26

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO
ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE 2