# United States District Court

## WESTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA

v.

Scott James Clancy

**WARRANT FOR ARREST**

CASE NUMBER: CR02-46RSL

RECEIVED
UNITED STATES MARSHAL

2005 JUN -2  A 10: 48

WESTERN DISTRICT
OF WASHINGTON (86)
SEATTLE, WASHINGTON

To: The United States Marshal
and any Authorized United States Officer

_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

2005   DJ

YOU ARE HEREBY COMMANDED to arrest **Scott James Clancy**

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                              DEPUTY

and bring him or her forthwith to the nearest magistrate to answer a(n)

____ Indictment  ____ Information  __✓__ Probation/Supervised Release Violation Petition

charging him or her with:

Violation of Supervised Release

in violation of Title ____ United States Code, Section(s) _____    02-CR-00046-NTC

Rhonda Stiles
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

*[signature]*
Signature of Issuing Officer

June 2, 2005 at Seattle, WA
Date and Location

Bail fixed at _____    by _____

| **RETURN** |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |
| KENT WA  RJC |

| DATE RECEIVED 6-2-05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 9-20-05 | DUSM Knubbs | *[signature]* |