Chief Judge Robert S. Lasnik

FILED ___ ENTERED
LODGED ___ RECEIVED

NOV 15 2005

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY ___ DEPUTY

02-CR-00046-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

SCOTT JAMES CLANCY,

    Defendant.

NO.   CR02-046L

ORDER CONTINUING
SUPERVISED RELEASE
AND MODIFYING CONDITIONS

THIS MATTER having come on before the undersigned United States Chief District Judge of the above-entitled Court on November 9, 2005, for an evidentiary and disposition hearing on violations of supervised release; the defendant being present and represented by attorney Carol Koller; the United States being represented by Janet Freeman, Assistant United States Attorney; the defendant having previously admitted on September 28, 2005, to committing violation number 2 -- that is, failing to notify the probation officer of a change of residence, in violation of standard condition 6; and the defendant having further admitted to committing violation number 1 -- that is, failing to follow the instructions of the probation officer on or about February 28, 2005, in violation of standard condition 3; the Court having found that the defendant has violated these terms and conditions of his supervised release; and the Court having heard from the defendant, defense counsel, and government counsel, now therefore, it is hereby

Order Continuing Supervised
Release/Scott James Clancy — 1
CR02-46RSL

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970) 553-7970

1  ORDERED AND ADJUDGED that the defendant has violated the conditions of
2 his _five_ year term of supervised release imposed on September 18, 2002, as noted
3 above, and that the supervised release term is hereby CONTINUED, and
4  IT IS HEREBY ORDERED AND ADJUDGED that the conditions of the
5 defendant's supervised release are MODIFIED to include the following special conditions
6 in addition to the special conditions previously imposed:

7  (1)  The previously imposed condition requiring the defendant to reside in and
8      satisfactorily participate in a community corrections center and/or
9      comprehensive sanction center program, for up to 120 days, is modified to a
10     period of up to 180 days, to include prerelease component and day reporting
11     program participation, if determined appropriate by the Community
12     Corrections Manager and the U.S. Probation Officer, or until discharged by
13     the Community Corrections Manager or U.S. Probation Officer. The
14     subsistence fee is waived.

15 (2)  The defendant shall be required to pay $163.20 to Seattle Building Salvage
16     and $767.04 to Antique Lighting Company as restitution.

17 (3)  The funds that are saved by the defendant not paying the subsistence fee
18     shall first be applied toward restitution to Seattle Building Salvage and
19     Antique Lighting Company, as reflected in condition number 2 above, and
20     then shall be placed in a savings account to be monitored by the U.S.
21     Probation Office.

22 (4)  The defendant must contribute towards the cost of any substance abuse
23     and/or mental health programs, to the extent he is financially able to do so,
24     as determined by the U.S. Probation Officer.

25 ////
26 ////
27 ////
28

Order Continuing Supervised
Release/Scott James Clancy — 2
CR02-46RSL

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970) 553-7970

1  IT IS FURTHER ORDERED that the Clerk of the Court deliver this Order
2  Continuing Supervised Release and Modifying Conditions to all counsel of record and to
3  the United States Probation Office.
4  DATED this 15th day of November, 2005.

*/s/ S Lasnik*
UNITED STATES DISTRICT JUDGE

8  Presented by:

10 s/ Janet Freeman
   JANET FREEMAN
11 Assistant United States Attorney
   WSBA #24599
12 United States Attorney's Office
   700 Stewart Street, Suite 5220
13 Seattle, Washington 98101-3903
   Phone: (206) 553-7970
14 Fax:   (206) 553-0755
   e-mail: Janet.Freeman@usdoj.gov

16 s/ Carol Koller (*per telephonic approval*)
   CAROL KOLLER
17 Assistant Federal Public Defender
   Office of the Federal Public Defender
18 Westlake Center Office Tower
   1601 5th Avenue, Suite 700
19 Seattle, Washington 98101
   Phone: (206) 553-1100
20 Fax:   (206) 553-0120
   e-mail: Carol_Koller@fd.org

Order Continuing Supervised
Release/Scott James Clancy — 3
CR02-46RSL

UNITED STATES ATTORNEY
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
(206) 553-7970) 553-7970