PROB 12C
(01/05)

\_\_\_ FILED       \_\_\_ ENTERED
\_\_\_ LODGED    \_\_\_ RECEIVED

AUG 21 2006

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

# United States District Court
for
Western District of Washington

Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Scott James Clancy                **Case Number:** CR02-00046L-001

**Name of Judicial Officer:** The Honorable Robert S. Lasnik

**Date of Original Sentence:** 09/18/02                **Date of Report:** 8/9/06

**Original Offense:** Fraudulent Use of Another Person's Identification (four counts); Access Device Fraud; and Bank Fraud

**Original Sentence:** 32 months and seven days custody, five years supervised release

**Type of Supervision:** Supervised Release              **Date Supervision Commenced:** 2/14/05

**Assistant U.S. Attorney:** Janet Freeman              **Defense Attorney:** Carol A. Koller

**Special Conditions Imposed:**

☒ Substance Abuse      ☒ Financial Disclosure      ☒ Restitution: $186,342.28

☒ Mental Health          ☐ Fine                             ☐ Community Service

☒ Other: No firearms; search and seizure; no new credit; inspection of personal computer; prior approval for employment; ID only in true name; must be supervised in mental health caseload

## PETITIONING THE COURT

☐ To issue a warrant under seal
☒ To issue a summons

The probation officer believes that Scott James Clancy has violated conditions of supervision by:

Violation
Number          Nature of Noncompliance

1.                 Committing the crime of forgery on or about May 9, 2006, in violation of the standard condition that he violate no federal, state, or local laws.

We incorporate by reference the information contained in the attached memorandum.





02-CR-00046-ORD

The Honorable Robert S. Lasnik  Page 2
Petition for Warrant or Summons
for Offender Under Supervision

U.S. Probation Officer Recommendation:

☒ The term of supervision should be
  ☒ revoked.
  ☐ extended for ____ years, for a total term of ____ years.

☐ The condition of supervision should be modified as follows:

☐ Detention pending final adjudication due to
  ☐ risk of flight.
  ☐ danger to community.

I swear under penalty of perjury that the foregoing is true and correct.

Executed on this 9 day of August, 2006.

_____
Michael S. Larsen
U.S. Probation Officer

APPROVED:
William S. Corn
Chief U. S. Probation Officer

BY: _____
Steven M. McNickle
Supervising U.S. Probation Officer

MSL/msl
8/9/06

---

## THE COURT FINDS PROBABLE CAUSE AND ORDERS:

☐ No Action Approved
☐ The Issuance of a Warrant under seal (conditions of supervision shall remain in effect pending final adjudication)
☒ The Issuance of a Summons (conditions of supervision shall remain in effect pending final adjudication)
☐ Other

_____
Signature of Judicial Officer

Aug. 18, 2006
_____
Date

# United States District Court

WESTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| v. | |
| Scott James Clancy | CASE NUMBER: CR02-46L |

YOU ARE HEREBY SUMMONED to appear before the United States District court at the place, date and time set forth below.

| Place: U.S. Courthouse<br>700 Stewart St.<br>Seattle, Washington | Courtroom<br>12B |
|---|---|
| | Date and Time |
| Before: U.S. Magistrate Judge Monica J. Benton | Tuesday, Sept 5, 2006 at 10:30 a.m. |

To answer a(n) Probation Violation, Charging you with a violation of 36 United States Code 261

Brief description of offense:

Probation Violation


_____          August 22, 2006
Signature of Issuing Officer

Mary Duett , Deputy Clerk
Name and Title of Issuing Officer