Chief Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SCOTT J. CLANCY, ) <br> ) <br> Defendant. ) <br> _____ ) | NO. CR02-46RSL <br><br> GOVERNMENT'S SENTENCE MEMORANDUM, RE: SUPERVISED RELEASE VIOLATION |

COMES NOW the United States of America, by and through John McKay, United States Attorney for the Western District of Washington, and Janet Freeman, Assistant United States Attorney for said District, and submits the Government's Sentence Memorandum, Re: Supervised Release Violation in the above-captioned matter.

The United States concurs with the Probation Officer's calculation of the advisory Guidelines range of eight to fourteen months. We also concur with the recommendation of four months' incarceration, followed by 56 months of supervised release, to include the 13 special conditions of supervision.

The defendant's criminal history dates back to 1984. Since then, he has engaged in fraudulent conduct on several occasions. His pattern of fraud and thefts, despite treatment and constant supervision, cannot be ignored. Unfortunately, it appears that the defendant's fraudulent actions will continue unless he chooses to make a drastic change in his treatment. Until then, a meaningful, yet reasonable, period of

GOVERNMENT'S SENTENCE MEMORANDUM,
RE: SUPERVISED RELEASE VIOLATION\SCOTT J. CLANCY - 1
CASE NO. CR02-46RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970) 553-7970

1 incarceration is necessary as a method of deterrence and to ensure the protection of the
2 community.
3     Dated this 10th day of October, 2006.

Respectfully submitted,

JOHN McKAY
United States Attorney

s/ *Janet Freeman*
JANET FREEMAN
WSBA #24599
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-7970
Fax:   (206) 553-0755
e-mail: Janet.Freeman@usdoj.gov

GOVERNMENT'S SENTENCE MEMORANDUM,
RE:  SUPERVISED RELEASE VIOLATION\SCOTT J. CLANCY - 2
CASE NO. CR02-46RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970) 553-7970

| | |
|---|---|
| 1 | |
| 2 | **CERTIFICATE** OF SERVICE |
| 3 | I hereby certify that on October 10, 2006, I electronically filed the foregoing with |
| 4 | the Clerk of Court using the CM/ECF system which will send notification of such filing |
| 5 | to the attorney of record for the defendant. |

s/ *Bonnie R. Wolfgram*
BONNIE R. WOLFGRAM
Legal Assistant
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-2520
FAX:   (206) 553-0755
E-mail: bonnie.wolfgram@usdoj.gov