UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>            Plaintiff, )<br>)<br>      v. )<br>)<br>SCOTT JAMES CLANCY, )<br>)<br>            Defendant. ) | Case No. CR02-46-RSL<br><br>**PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE** |

INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on January 31, 2011. The defendant appeared pursuant to a warrant issued in this case. The United States was represented by Kate Vaughen, and defendant was represented by Jay Stansell. Also present was U.S. Probation Officer Thomas J. Fitzgerald. The proceedings were digitally recorded.

SENTENCE AND PRIOR ACTION

Defendant was originally sentenced on October 11, 2006 by the Honorable Robert S. Lasnik for Fraudulent Use of Another Person's Identification, Access Device Fraud, and Bank Fraud. He received 32 months and 7 days of detention and 5 years of supervised release.

On May 10, 2004, prior to his release from the Bureau of Prisons, Mr. Clancy's conditions of supervised release were modified with his consent. He was ordered to reside in a Residential

Reentry Center ("RRC") for up to 120 days, abstain from the use of alcohol, and participate in drug testing and treatment as ordered by the probation officer. He was released on supervision on February 14, 2005.

On May 27, 2005, a violation report and warrant request was submitted alleging Mr. Clancy violated his supervised release by failing to follow the instructions of his probation officer and failing to report a change in residence. Mr. Clancy later admitted the violations, was continued on supervised release, and his conditions of supervision were modified to include up to 180 days at RRC.

On August 10, 2006, a violation report and request for summons was sent to the Court alleging that Mr. Clancy violated the conditions of his supervised release by committing the crime of forgery. On September 18, 2006, an evidentiary hearing was held and Mr. Clancy was found in violation as alleged. At sentencing, on October 11, 2006, Mr. Clancy's supervised release was revoked and he was ordered to 30 days of detention followed by a 59 month term of supervised release. Mr. Clancy commenced his second term of supervised release on January 19, 2007.

## PRESENTLY ALLEGED VIOLATIONS

In a petition dated January 13, 2011, U.S. Probation Officer Thomas Fitzgerald alleged that defendant violated the following conditions of supervised release:

1. Committing the crime of forgery (check fraud) on or about November 5, 2010, in violation of the general condition of supervised release that he not commit another federal, state and/or local crime.

2. Committing the crime of unlawful issuance of a bank check on or about November 5, 2010, in violation of the general condition of supervised release that he not commit another

PROPOSED FINDINGS OF FACT AND DETERMINATION AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE - 2

federal state, an/or local crime.

3. Changing residences without approval of the probation officer on or before January 3, 2011, in violation of standard condition number 6 of supervised release.

4. Changing employment without approval of the probation officer on or before January 3, 2011, in violation of standard condition number 6 of supervised release.

5. Committing the crime of theft on or before January 3, 2011, in violation of the general condition of supervised release that he not commit another federal, state and/or local crime.

## FINDINGS FOLLOWING EVIDENTIARY HEARING

The Court found defendant in violation of violations 1 and 2 based on a certification for probable cause that the parties stipulated to. Defendant admitted to violations 3 and 4, waived any hearing as to whether they occurred, and was informed the matter would be set for a disposition hearing February 8, 2011 at 8:30 a.m. before District Judge Robert S. Lasnik. The government withdrew violation 5.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that defendant has violated the conditions of his supervised release as alleged above, and conduct a disposition hearing.

DATED this 31st day of January, 2011.

BRIAN A. TSUCHIDA
United States Magistrate Judge

PROPOSED FINDINGS OF FACT AND DETERMINATION AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE - 3