The Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SCOTT J. CLANCY, )<br>)<br>Defendant. )<br>_____ ) | NO.   CR02-046RSL<br><br>GOVERNMENT'S NOTICE OF<br>APPEARANCE OF COUNSEL |

The United States of America, by Jenny A. Durkan, United States Attorney for the Western District of Washington, and S. Kate Vaughan, Assistant United States Attorney for said District, hereby submits this Notice of Appearance of Counsel in the above-referenced matter.

///

///

///

NOTICE OF APPEARANCE/CLANCY- 1
CR02-046RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

1  AUSA S. Kate Vaughan is now co-counsel of record for this case with AUSA
2  Annette L. Hayes on behalf of the United States.  Undersigned counsel respectfully
3  requests that all pleadings, court documents, and correspondence be forwarded to the
4  below-listed AUSA in addition to AUSA Annette L. Hayes:

S. Kate Vaughan, AUSA
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Fax Number: (206) 553-0755

Dated this 7th day of February, 2011.

Respectfully submitted,

JENNY A. DURKAN
United States Attorney

*/s/S. Kate Vaughan*
S. KATE VAUGHAN
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Telephone: 206.553.7970
Fax: 206.553.0755
Email: Kate.Vaughan@usdoj.gov

NOTICE OF APPEARANCE/CLANCY- 2
CR02-046RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorney(s) of record for the defendant(s).  I hereby certify that I have served the attorney(s) of record for the defendant(s) that are non CM/ECF participants via telefax.

*s/Rachel Lynch*
RACHEL LYNCH
Legal Assistant
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-4214
FAX:   (206) 553-0755
E-mail: rachel.lynch@usdoj.gov

NOTICE OF APPEARANCE/CLANCY- 3
CR02-046RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970