CHIEF JUDGE ROBERT S. LASNIK

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR 02-46RSL |
| Plaintiff, | ) | |
| vs. | ) | DEFENDANT'S DISPOSITION MEMORANDUM ON SUPERVISED RELEASE VIOLATIONS |
| SCOTT CLANCY, | ) | |
| Defendant. | ) | Sentencing Hearing: 3/8/11; 8:30 a.m. |

COMES NOW the defendant, Scott Clancy, by and through his attorney, Assistant Federal Public Defender Jay W. Stansell, and requests this Court to consider the following Disposition Memorandum following Mr. Clancy's admissions to violations of supervised release.

Mr. Clancy is scheduled for sentencing before the Court on March 8, 2010, at 8:30 a.m. The defense concurs with the Probation Office's recommendation that his supervised release should be revoked, and that he should be sanctioned by a term of four months of incarceration, to be followed by four months in a halfway house, with the special conditions noted in the Probation Office's Sentencing Recommendation.

Mr. Clancy and defense counsel have worked closely with the Probation Office since his arrest on the present violations. At the FDC, he is now back on appropriate medications, and eager to return to a halfway house to once again rebuild his life. He

DEFENDANT'S DISPOSITION MEMORANDUM
ON SUPERVISED RELEASE VIOLATIONS - 1
(Scott Clancy; CR02-46RSL)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington   98101
(206) 553-1100

has identified to counsel and the Probation Office that he particularly needs counseling by way of "relapse prevention"; in his case, a relapse being making the decision to go off his prescribed medications.  When he has succeeded, it has been with a combination of psychological/psychiatric treatment to monitor his medications, along with ancillary help – be it regular meetings with the Court, or the MRT program, or, as now suggested, a regular therapist or counselor – to continue to reinforce the need for him to maintain his medication regimen, and to support him when his resolve becomes infirm.

In light of the dominant role that meds maintenance has played in his periodic de-compensation, that quickly results in new criminal conduct, Mr. Clancy supports the extensive and restrictive special conditions of supervised release set forth in the Probation Office's Recommendation.

DATED this 7th day of March 2011.

Respectfully submitted,

s/ Jay W. Stansell
WSBA No. 18752
Attorney for Scott Clancy
Federal Public Defender
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
206/553-1100 voice
206/553-0120 facsimile
Jay_Stansell@fd.org

DEFENDANT'S DISPOSITION MEMORANDUM
ON SUPERVISED RELEASE VIOLATIONS - 2
(Scott Clancy; CR02-46RSL)

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington  98101
(206) 553-1100

# **CERTIFICATE OF SERVICE**

I hereby certify that on March 7, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

>Sarah Kate Vaughan
>Assistant United States Attorney
>700 Stewart St., Suite 5220
>Seattle, WA 98101-1271

and I hereby certify that I have emailed the document to the following non CM/ECF participants:

>Thomas Fitzgerald
>United States Probation Office
>700 Stewart St., Ste. 11101
>Seattle, WA 98101

>s/ Jay W. Stansell
>WSBA No. 18752
>Attorney for Scott Clancy
>Federal Public Defender
>1601 Fifth Avenue, Suite 700
>Seattle, WA 98101
>206/553-1100 voice
>206/553-0120 facsimile
>Jay_Stansell@fd.org

DEFENDANT'S DISPOSITION MEMORANDUM
ON SUPERVISED RELEASE VIOLATIONS - 3
(Scott Clancy; CR02-46RSL)

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100